## Second Department, October, 1975

### (October 20, 1975)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. KEVIN DUNNE, Petitioner, v WARDEN OF THE SUFFOLK COUNTY JAIL, Respondent.—Application by petitioner for a writ of habeas corpus, granted to the extent of directing that petitioner be given a final parole revocation hearing at the next regular term of the board. Gulotta, P. J., Rabin, Hopkins, Martuscello and Latham, JJ., concur.